NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VOXER, INC., VOXER IP LLC,**
*Plaintiffs-Appellees*

v.

**META PLATFORMS, INC., fka Facebook, Inc., INSTAGRAM, LLC,**
*Defendants-Appellants*

———————————

2023-1702

———————————

Appeal from the United States District Court for the Western District of Texas in No. 1:20-cv-00655-LY, Senior Judge David A. Ezra.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                              VOXER, INC. v. META PLATFORMS, INC.

(2) Each side shall bear their own costs.

FOR THE COURT

February 8, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 8, 2024